JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON GIRAGOSIAN, an individual, | Case No.:  CV14-484-ABC (SSx) |
| Plaintiff, | Hon. Aubrey B. Collins |
| v. | |
| FLEXPOINT FUNDING CORPORATION, a business entity; SELECT PORTFOLIO SERVICING, INC., business entity; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a business entity; and DOES 1 through 10 inclusive, | **[~~PROPOSED~~] JUDGMENT OF DISMISSAL IN FAVOR OF SELECT PORTFOLIO SERVICING, INC. AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.** |
| Defendants. | State Court Case:  EC061849<br>Action Filed:   December 19, 2013<br>Trial Date:     None Set |

It appearing from the files and records in this action that on February 13, 2014, the Court entered an order granting the motion to dismiss of SELECT PORTFOLIO SERVICING, INC. and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., dismissing those Defendants from this case, and

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED, ADJUDGED, AND DECREED that judgment shall be entered in favor of SELECT PORTFOLIO SERVICING, INC., and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., against Sharon Giragosian,

1

1  Sharon Giragosian shall take nothing on her Complaint from Select Portfolio

2  Servicing, Inc. and Mortgage Electronic Registration Systems, Inc., and Select

3  Portfolio Servicing, Inc. and Mortgage Electronic Registration Systems, Inc. shall be

4  entitled to recover their costs.

5

6        **IT IS SO ORDERED.**

7  Dated:  March 28, 2014

8                                              _____

9                                              HON. AUBREY B. COLLINS
                                               UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**[PROPOSED] JUDGMENT IN FAVOR OF SPS AND MERS – CASE NO. CV14-484-ABC (SSx)**

458191.1